CENTER FOR DISABILITY ACCESS
Amanda Seabock, Esq., SBN 289900
Chris Carson, Esq., SBN 280048
Dennis Price, Esq., SBN 279082
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385
(888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

RICHARD MORIN (SBN: 285275)
legal@rickmorin.net
LAW OFFICE OF RICK MORIN, PC
555 Capitol Mall Suite 750
Sacramento, CA 95814-4508
Telephone: (916)333-2222
Facsimile: (916)273-8956
Attorneys for Defendant
Greg J. Blunden, Pamela Blunden, Phillip A. Malaspina and Kimberley Malaspina

APPROVED
Judge Beth Labson Freeman

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>    v.<br><br>GREG BLUNDEN;<br>PAMELA BLUNDEN;<br>PHILIP MALASPINA;<br>KIMBERLEY MALASPINA; and<br>Does 1-10,<br><br>    Defendants. | Case: 5:19-CV-06161-BLF<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

1

## **STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: June 15 2020          CENTER FOR DISABILITY ACCESS

By: /s/ Amanda Lockhart Seabock
    Amanda Lockhart Seabock
    Attorneys for Plaintiff

Dated: June 15 2020          LAW OFFICE OF RICK MORIN, PC

By: /s/ Richard Morin
    Richard Morin
    Attorneys for Defendants
    Greg J. Blunden, Pamela Blunden,
    Phillip A. Malaspina and Kimberley
    Malaspina

## **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Richard Morin, counsel for Greg J. Blunden, Pamela Blunden, Phillip A. Malaspina and Kimberley Malaspina, and that I have obtained Mr. Morin's authorization to affix his electronic signature to this document.

Dated: June 15 2020                    CENTER FOR DISABILITY ACCESS

                                       By: /s/ Amanda Lockhart Seabock
                                           Amanda Lockhart Seabock
                                           Attorneys for Plaintiff